■ In the Matter of SUSAN TUTTLE, Appellant, v BETH MATEO, Respondent. (Appeal No. 1.) [992 NYS2d 921]—Appeal from an order of the Family Court, Ontario County (Maurice E. Strobridge, J.H.O.), entered October 3, 2013 in a proceeding pursuant to Family Court Act article 6. The order dismissed the violation petition.

It is hereby ordered that said appeal is unanimously dismissed without costs.

Same memorandum as in *Matter of Tuttle v Mateo* ([appeal No. 3] 121 AD3d 1602 [2014]). Present—Smith, J.P., Peradotto, Valentino, Whalen and DeJoseph, JJ.

■ In the Matter of SUSAN TUTTLE, Appellant, v BETH MATEO, Respondent. (Appeal No. 2.) [992 NYS2d 921]—Appeal from an amended order of the Family Court, Ontario County (Maurice E. Strobridge, J.H.O.), entered April 11, 2014 in a proceeding pursuant to Family Court Act article 6. The amended order denied the petition of respondent to terminate visitation.

It is hereby ordered that said appeal is unanimously dismissed without costs.

Same memorandum as in *Matter of Tuttle v Mateo* ([appeal No. 3] 121 AD3d 1602 [2014]). Present—Smith, J.P., Peradotto, Valentino, Whalen and DeJoseph, JJ.